UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE ANTHONY ARNAIZ, | ) | CASE NO. ED CV 09-2321-PSG (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| WARDEN MR. EVANS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   August 23, 2010                         .

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd